Dated: 3/20/2020

Allowed.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ADAM BOWSER ) | Chapter 7 |
| ) | Case No. 20-10015-MSH |
| DEBTOR ) | |
| ) | |

### MOTION TO AMEND SCHEDULES A/B, I, J AND STATEMENT OF FINANCIAL AFFAIRS

NOW COMES the debtor Adam Bowser (the "Debtor", and respectfully moves to amend his Schedule A/B, I, J and Statement of Financial Affairs. In support of this Motion, the Debtor states the following:

1. On January 3, 2020 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. On February 12, 2020, the Debtor appeared and testified at the Section 341 meeting of creditors (the "§341 meeting").

3. At the §341 meeting, the Debtor disclosed that certain amendments were necessary after further review. Subsequent to the §341 meeting, the Debtor has determined that additional amendments are necessary.

4. On Schedule A/B, the Debtor listed an interest in a 401K account with a value of $52,969. The Debtor in fact had liquidated this account in the months leading up to the bankruptcy filing and the balance was $0.00 as of the Petition Date. The Amended Schedule A/B clarifies that the 401K account had no value on the Petition Date.

5. The Debtor seeks to amend schedule I to include additional income earned by his non-debtor spouse and to clarify the terms of her rental property income.

6. The Debtor seeks to amend Schedule J to disclose his two dependents, ages 3 and 1, estimated income taxes attributable to his spouse's commission-based income and to explain an anticipated increase in his expenses as he intends to negotiate a payment arrangement with the Internal Revenue Service with respect to his non-dischargeable tax obligations.