Certificate Number: 01401-MA-DE-034289842

Bankruptcy Case Number: 20-10015


01401-MA-DE-034289842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 30, 2020</u>, at <u>8:06</u> o'clock <u>AM EDT</u>, <u>Adam S Bowser</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Massachusetts</u>.

Date:  <u>March 30, 2020</u>           By:     <u>/s/Jeremy_Lark</u>

                                    Name:   <u>Jeremy_Lark</u>

                                    Title:  <u>FCC Manager</u>